UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN HIGHLAND MORTGAGE FUND I, LLC, <br><br>  Plaintiff, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, *et al.*, <br><br>  Defendants. | 3:11-cv-00444-ECR (WGC) <br><br> **MINUTES OF THE COURT** <br><br> November 28, 2011 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have filed a joint request for stay of discovery (Doc. #57) pending decisions on two motions which have been fully briefed, TRPA's Motion for Judgment on the Pleadings (Doc. #38) and CitiMortgage's Motion to Dismiss (Doc. #40). Good Cause appearing, the parties' "Joint Request for Stay of Discovery Pending Decisions on the Motions" (Doc. #57) is **GRANTED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  _____/s/_____
         Deputy Clerk